United States District Court
Southern District of Texas
FILED

APR 1 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOAQUIN LOZANO-GUTIERREZ, | § | |
| MOVANT-DEFENDANT, | § | **B-02--075** |
| VS, | § | CAUSE # 1:01CR00411(001) |
| UNITED STATES OF AMERICA, | § | JUDGE VELA |
| RESPONDENTS. | § | |

## MOVANT'S EMERGENCY WRIT OF HABEAS CORPUS

COMES FORTH movant-defendant Joaquin Lozano-Gutierrez (Reg. No. 19716-079) with his emergency writ of habeas corpus pursuant to 28 USC § 2255 for correction of a wrongful sentence and clarification of a prior offense.

Movant is currently serving a sentence for Escaping Federal Custody (i.e., half way house) in violation of 18 USC § 751(A). Movant did not only surrendered to the custody of the marshalls service but timely plead guilty of the violation and per this action, this honorable court recommended to run the remaining half way house time (two months) running concurrent with the current offense. (See Sentencing transcripts). The current prison records reflect a consecutive sentence not concurrent time serve sentences.

PAGE ONE OF BRIEF

Movant additionally has learned that an alleged Pre-Sentence Investigation Report (PSI) reflects two prior offenses alleging i), that on May 09,1980 movant possessed a prohibited weapon under cause # 80-CR-B-1356, and ii), that on June 28,1991 movant was charged for unlawfully carrying a weapon under cause # 868625P3 (Cameron County). The alleged PSI further alleges that on June 29, 1991 movant was released on $1.000 bond. (See attached copies of Detainer Action letters).

The purpose of this emergency writ of habeas corpus is that when movant accepted his responsabilities on the instant offense, the plea bargain offer was from 0-6 months, plaintiff was never provided with a copy of the pre-sentence investigation report (PSI) and was not informed of the allegations of alleged prior offenses. Movant asserts that per this wrongful information movant received a harsher sentence than that he would have received had he been provided with a copy of the PSI. movant plead guilty to 0-6 months and received a 15 month sentence due to the allegations of prior offenses.

Movant asserts that if clarification is conducted on this matter, immediate relief from prison is warranted. Movant hereby careful and respectfully prays for review of the issues presented and immediate action taken and relief from prison is required. Additionally, plaintiff moves for clarification of the concurrent sentences imposed with clarification to the Bureau of Prisons.

PAGE TWO OF BRIEF

## SWORN DECLARATION

I Joaquin Lozano-Gutierrez hereby declare the foregoing material facts to be true and correct to the best of my knowledge. 28 USC § 1746.

*Joaquin Lozano*

## IN FORMA PAUPERIS APPLICATION

Movant hereby request leave to proceed in forma pauperis due to his indigency to pay court cost and fees that are necessary to prosecute this writ. movant is poor and indigent to afford court cost and fees.

*Joaquin Lozano*

## CERTIFICATE OF SERVICE

Movant declares to have served the United States Atotrneys Office in the Southern District of Texas with an original copy of this writ.

RESPECTFULLY PRESENTED this _10_ day of April 2002 pursuant to the prison legal mail procedures set forth under Houston v Lack, 487 U.S. 266 (1988) and on this day I declare to have served the Clerk of the Court with an original and two copies and the USA with one original copy of said brief. I further declare to have deposited the foregoing in the prison legal mail box for delivery, via first class postage prepaid.

*Joaquin Lozano*
Joaquin Lozano-Gutierrez
Reg. No. 19716-079 USP BMT
P.O. Box 26030 D/B Unit
Beaumont, Texas 77720-6030

PAGE THREE OF BRIEF

```
  BMPAX  540*23 *              SENTENCE MONITORING          *      03-07-2002
  PAGE 001        *            COMPUTATION DATA             *      13:42:48
                               AS OF 03-07-2002

REGNO..: 19716-079 NAME: LOZANO-GUTIERREZ, JOAQUIN


FBI NO...........: 868625P3              DATE OF BIRTH: 08-10-1955
ARS1.............: BMP/A-DES
UNIT.............: D/B                   QUARTERS.....: D04-424L
DETAINERS........: NO                    NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 12-24-2002 VIA GCT REL

-------------------------- CURRENT JUDGMENT/WARRANT NO: 040 ------------------
COURT OF JURISDICTION...........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:01CR00411-001
JUDGE...........................: VELA
DATE SENTENCED/PROBATION IMPOSED: 12-19-2001
DATE COMMITTED..................: 02-13-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
                        FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.........: $100.00        $00.00          $00.00        $00.00
RESTITUTION...: PROPERTY: NO    SERVICES: NO      AMOUNT:  $00.00

-------------------------- CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 112
OFF/CHG: ESCAPING FEDERAL CUSTODY; T18USC751(A)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE: 15 MONTHS
TERM OF SUPERVISION............: 3 YEARS
DATE OF OFFENSE................: 07-26-2001




G0002        MORE PAGES TO FOLLOW
```

BP-S3 4.058   DETAINER ACT     LETTER CDFRM
FEB 94 BEC 97

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| BROWNSVILLE POLICE DEPARTMENT<br>600 EAST JACKSON STREET<br>BROWNSVILLE, TX 78520<br><br>ATTN: WARRANTS SECTION | UNITED STATES PENITENTIARY<br>Federal Correctional Complex<br>P. O. Box 26035<br>Beaumont, TX 77720-6035 |
| | February 14, 2002 |

| REF: DISPOSITION<br>OF CHARGE #80-<br>CGR-B-1356 | INMATE NAME:<br>HUYANG GUTIERREZ,<br>JOAQUIN DOB: 08-10-<br>1955 W/H/M | Reg. No.: 19716-079<br>OUR NO.: 80-CGR-B-1356 |

The below bracketed paragraph relates to the above named inmate:

XX  This office is in receipt of the following report PER THE PRE-SENTENCE INVESTIGATION REPORT
THIS SUBJECT WAS ARRESTED ON 05-09-1980, FOR POSSESSION OF A PROHIBITED WEAPON. Please
advise us and to learn what disposition, if any, has been made of the case. If subject is
wanted by your department and you wish a detainer placed, it will be necessary for you to
forward your warrant to us along with a cover letter stating your desire to have it
lodged as a detainer or indicate you have no further interest in this subject.

____  A detainer has been filed against this subject in your favor charging
_____. Release is tentatively scheduled for _____, however, we will again
notify you approximately 60 days prior to actual release.

____  Enclosed is your detainer warrant. Your detainer against the above named had been removed
in compliance with your request.

____  Your detainer warrant has been removed on the basis of the attached correspondence. Notify
this office immediately if you do not concur with this action.

____  Your letter dated _____ requests notification prior to the release of the above
named prisoner. Our records have been noted. Tentative release date at this time
is _____.

____  I am returning your warrant on the above named inmate who was committed/TRANSFERRED to this
institution only _____ or to serve _____ for the offense of _____.
If you wish your filed as a detainer, please return it to us with a cover letter and a copy
of the warrant stating you desire to have it placed as a hold or indicate you have no
further interest in the subject.

____  The above named inmate has been received at the USP BEAUMONT, TEXAS FEDERAL CORRECTIONAL
COMPLEX, BEAUMONT, TEXAS.

XX  Other: IF YOU HAVE ANY FURTHER QUESTIONS OR CONCERNS PLEASE CALL ME @ THE #
NOTED BELOW. REFER TO # 37 OF PSI. CONCERNS PLEASE CALL ME @ THE #
NOTED BELOW. REFER TO # 38 OF PSI. Sincerely,

LANITA BOYKINS
LEGAL INSTRUMENT EXAMINER
(409) 727-8188 Ext. 4200

2 Signed Record Copies: 1 Addressee,   Judgment & Commitment File,   Copy: Inmate Copy,   Central File (Section L);
Copy Correctional Services Department

BP-S3 4.058   DETAINER ACT   LETTER CDFRM
FEB 94 BEC 97

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| CAMERON COUNTY SHERIFF'S DEPARTMENT<br>954 EAST HARRISON STREET<br>BROWNSVILLE, TX 78520<br><br>ATTN: WARRANTS SECTION | UNITED STATES PENITENTIARY<br>Federal Correctional Complex<br>P. O. Box 26035<br>Beaumont, TX 77720-6035 |
| | February 14, 2002 |
| RE: DISPOSITION<br>OF CHARGE | INMATE NAME:<br>LOZANO-GUTIERREZ,<br>JOAQUIN DOB: 08-10-<br>1955 W/H/M | Reg. No.: 19716-079<br>OUR NO.: FBI #868625P3 |

The below checked paragraph relates to the above named inmate:

XX This office is in receipt of the following report PER THE PRE-SENTENCE INVESTIGATION REPORT THIS SUBJECT WAS ARRESTED ON 06-28-1991, FOR UNLAWFULLY CARRYING A WEAPON. ON 06-29-1991, SUBJECT RELEASED ON $1000 BOND. Please investigate and advise what disposition, if any, has been made of the charges. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a copy of your warrant to us along with a cover letter stating you desire to have it lodged as a detainer, or indicate you have no further interest in this subject.

____ A detainer has been filed against this subject in your favor charging _____. Release is tentatively scheduled for _____; however, we will again notify you approximately 30 days prior to actual release.

____ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

____ Your detainer warrant has been removed on the basis of the attached correspondence. Notify this office immediately if you do not concur with this action.

____ Your letter dated _____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____.

____ I am returning your warrant on the above named inmate who was committed/TRANSFERRED to this institution on _____ to serve _____ for the offense of _____. If you wish your filed as a detainer, please return it to us with a cover letter and a copy of the warrant stating you desire to have it placed as a hold or indicate you have no further interest in the subject.

____ The above named inmate has been received at the USP BEAUMONT, TEXAS FEDERAL CORRECTIONAL COMPLEX, BEAUMONT, TEXAS.

XX Other: IF YOU HAVE ANY FURTHER QUESTIONS OR CONCERNS PLEASE CALL ME @ THE # NOTED BELOW. REFER TO ¶ 38 OF PSI. 2ND REQUEST.

Sincerely,

*Lanita Boykins*

LANITA BOYKINS
LEGAL INSTRUMENT EXAMINER
(409) 727-8188, Ext. 4200

Signed Return copies to Addressee; Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1)
Copy - Correctional Services Department