**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

APR 18 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOAQUIN LOZANO-GUTIERREZ, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-02-075 |
| VS. | § | |
| | § | CRIMINAL NO. B-01-411-001 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

**ORDER**

Petitioner, Joaquin Lozano-Gutierrez, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by June 3, 2002.

DONE at Brownsville, Texas, this 18th day of April, 2002.

John Wm. Black
United States Magistrate Judge