AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

Southern _____ DISTRICT OF _____ Texas

United States District Court
Southern District of Texas
FILED
MAY 0 1 2002
Michael N. Milby
Clerk of Court

Joaquin Lozano-Gutierrez

v.

United States of America

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: B-02-075

---

I, __Joaquin Lozano-Gutierrez__, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [x] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Emergency Writ of Habeas Corpus,
28 U.S.C. 2255 Collateral Attack Motion

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐  No ☒
   b. Rent payments, interest or dividends?   Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐  No ☒
   d. Gifts or inheritances?   Yes ☐  No ☒
   e. Any other sources?   Yes ☐  No ☒

MAIL

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

United States District Court
Southern District of Texas
RECEIVED

MAY 0 1 2002

10:35 am LA

Michael N. Milby, Clerk

N/A

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☒   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   N/A

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Emeraldo Lozano $100 (Son) child support Mthly. pmt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 23, 2002__   ___Joaquin Lozano___
              (Date)                    Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __490.81__ on account to his credit at the __USP BEAUMONT, TX__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __N/A__

I further certify that during the last six months the applicant's ~~average balance~~ DEPOSITS was $ __926.86__

___CCC___
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ | _____ |
| United States Judge   Date | United States Judge   Date |
|  | or Magistrate |

```
@                       ACCOUNT
0                       STATEMENT
FCC BMT - LIMITED OFFICIAL USE                          DATE 04/26/02
BEAUMONT, TX                                            PAGE No.01


                                                        Account # 19716079

             LOZANO-GUTIERREZ JOAQUIN
             D/B
```

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | .00 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| T31202 | 12:01 | 02-14-02 | STATE CHECK | 60.06 | 60.06 |
| 000047 | 18:23 | 02-14-02 | SALE / REGULAR | 22.60- | 37.46 |
| 000050 | 18:17 | 02-19-02 | SALE / REGULAR | 34.00- | 3.46 |
| A07E26 | 16:52 | 02-22-02 | DEPOSIT ITS FUNDS | 3.00- | .46 |
| T35403 | 13:05 | 03-04-02 | MONEY ORDER | 260.00 | 260.46 |
| A2E26A | 17:02 | 03-04-02 | DEPOSIT ITS FUNDS | 30.00- | 230.46 |
| A41967 | 17:41 | 03-08-02 | DEPOSIT ITS FUNDS | 30.00- | 200.46 |
| 000027 | 17:48 | 03-11-02 | SALE / REGULAR | 188.45- | 12.01 |
| T40765 | 13:20 | 03-25-02 | MONEY ORDER | 100.00 | 112.01 |
| A831AC | 17:33 | 03-25-02 | DEPOSIT ITS FUNDS | 12.00- | 100.01 |
| MAR02P | 9:54 | 04-02-02 | PERFORMANCE PAY | 16.80 | 116.81 |
| AAABBE | 17:03 | 04-05-02 | DEPOSIT ITS FUNDS | 10.00- | 106.81 |
| 000048 | 18:13 | 04-08-02 | SALE / REGULAR | 84.00- | 22.81 |
| ABB517 | 21:17 | 04-08-02 | DEPOSIT ITS FUNDS | 22.00- | .81 |
| T47626 | 11:33 | 04-24-02 | MONEY ORDER | 490.00 | 490.81 |
| | | | **** TRANSACTION TOTAL **** | 490.81 | |

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 490.81 | .00 | .00 | .00 | 490.81 |

```
ENTER INMATE NUMBER  19716079     PIN # 3174   MAIL BOX #

INMATE NAME..........:LOZANO-GUTIERREZ JOAQUIN              RESTRICTION.:00/00/00
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
INMATE UNIT..........:D/B
SPECIAL SORT CODES...:BUSP
INMATE STATUS........:A
OUTSTANDING CHECKS...:.00                     èèèèèèèèèèèèèèèèèèèèèèèèèè£
SPECIAL PURPOSE ORD..:.00                     ¤Press return ëƒ to review ¤
ENCUMBRANCE BALANCE..:.00                     ¤transactions in detail -OR-¤
ACCOUNT BALANCE......:490.81                  ¤Press Home for controlled  ¤
VALIDATION CODE......:01                      ¤item purchases         -OR-¤
VALIDATION LIMIT.....:290.00                  ¤Press Esc for next inquiry.¤
VALIDATION EXPENDED..:84.00                   àèèèèèèèèèèèèèèèèèèèèèèèèè¥
AVAILABLE BALANCE....:490.81
PERIOD PURCHASES.....:84.00            LAST 6 MO. DEPOSITS..:926.86
YTD PURCHASES........:329.05        LAST 6 MO. WITHDRAWALS..:329.05
LAST ACTIVITY DATE...:04/24/02                FRP PLAN....:
LAST SALE DATE.......:04/08/02                FRP RATE....:00
ARRIVAL DATE.........:02/14/02                FRP AMOUNT..:0
DEPARTURE DATE.......:00/00/00         RESTRICTED SPEND LIMIT:25.00
ARRIVE FROM..........:000              RESTRICTION EXPENDED:.00
TRANSFER TO..........:000
```