IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOAQUIN LOZANO-GUTIERREZ, | § | |
| MOVANT-DEFENDANT, | § | |
| VS, | § | CIVIL # B-02-075 |
| UNITED STATES OF AMERICA, | § | CRIM. # B-01-411 |
| RESPONDANT. | § | |

## MOVANT'S TIMELY OBJECTION TO REPORT & RECOMMENDATION

COMES FORTH movant-defendant with his timely objection to the Magistrate's Report & Recommendation filed June 07,2002 and served on movant on June 11,2002. Movant will show this Court as follows:

I

Movant had file a "reply-response" to discrepancies on the government's response. The Magistrate allowed no time for the response and recommended denial. Movant solely wish to incorporate his reply-response as objection to the magistrate's report?

Movant persist that there is at least 124 days of jail time from the indictment to sentencing. Movant asserts and the government agrees at 10, that : "Any amount of actual jail time has 6th. Amendment significance". Glover v U.S., 531 U.S. 198,203 (2001). If movant's claim is reviewed, he is eligible for relief from prison immediately.

WHEREFORE movant prays for the court to grant de novo review and return the matter to yet, another Magistrate for all proper review and considerations of movant's claim that if granted would warrant immediate relief from prison.

Movant additionally moves to construe his reply to the government's response as movant's objection to the Report & Recommendation?

EXECUTED this 13th. day of June 2002.

CERTIFICATE OF SERVICE

MOVANT declares to have served:

> UNITED STATES DEPARTMENT OF JUSTICE
> A.U.S.A. MARK M. DOWD
> 600 E. HARRISON ST. # 201
> BROWNSVILLE, TEXAS 78520

CLERK OF THE COURT

RESPECTEFULLY PRESENTED this 13th. day of June 2002 pursuant to the prison legal mail procedures set forth in Houston v Lack, 487 U.S. 266 (1988) and on this day I declare to have served the Clerk of the Court with an original and two copies via first class mail-postage prepaid...

*Joaquin Lozano*
JOAQUIN LOZANO-GUTIERREZ   PRO-SE
REG. NO. 59761-079
UNITED STATES PENITENTIARY
MAXIMUM SECURITY PRISON
P.O. BOX 26030   D/B
BEAUMONT, TEXAS 77720-6030

c.c. files

-2-